STEPHANIE HINDS (CSBN 154284)
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
LYNN HARADA (CSBN 267616)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
     Telephone:  (415) 977-8977
     Facsimile:  (415) 744-0134
     lynn.harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LAMAR ABAWI,

        Plaintiff,

   vs.

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO.:  3:20-cv-06301-WHO

**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER**

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

     On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to reevaluate the opinion evidence and prior administrative medical findings in accordance with the appropriate regulations and offer Plaintiff the

opportunity for a hearing.  The ALJ will take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.


Respectfully submitted,

Bay Area Legal Aid

Dated: March 22, 2021          By:     */s/ Lynn Harada for Joanna H. Parnes*___
                                        JOANNA H. PARNES
                                        Attorney for Plaintiff
                                        (*by email authorization on 3/19/2021)


Dated: March 22, 2021                   STEPHANIE HINDS
                                        United States Attorney

                               By:     */s/ Lynn Harada*_____
                                        LYNN HARADA
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant


IT IS SO ORDERED:

DATE: March 23, 2021          _____
                              THE HONORABLE WILLIAM H. ORRICK
                              UNITED STATES DISTRICT JUDGE

IT IS HEREBY CERTIFIED THAT:

I, Lynn Harada, certify that the following individual(s) were served with a copy of the foregoing **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** on the date and via the method of service identified below:

**CM/ECF:**

Joanna H. Parnes
Bay Are Legal Aid
1735 Telegraph Ave.
Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 22, 2021                                    STEPHANIE HINDS
                                                        United States Attorney

                                          By:    _/s/ Lynn Harada_____
                                                 LYNN HARADA
                                                 Special Assistant United States Attorney

                                                 Attorneys for Defendant